**WILLIMANTIC TRUST CO.**

v.

**Edgar PHILLIPS et al.**

**No. 79-278-A.**

Supreme Court of Rhode Island.

Dec. 20, 1979.

Rice, Dolan, Kiernan & Kershaw, Thomas C. Plunkett, Providence, for plaintiff.

Davis, Jenckes & Kilmarx, Henry M. Swan, Providence, for defendants.

## ORDER

The defendants having filed their brief, plaintiff's motion to dismiss this appeal is denied as moot.

DORIS, J., did not participate.

■

**Paul DINOBILE et al.**

v.

**Albert TAMBURRI et al.**

**No. 79-507-M.P.**

Supreme Court of Rhode Island.

Dec. 28, 1979.

Thomas W. Pearlman, Providence, for petitioners.

Gunning, LaFazia & Gnys, Inc., Guy J. Wells, Providence, for respondents.

## ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.